HARGRAVES, Appellant, vs. HOFFMANN, Respondent.

*April 8—May 12, 1931.*

For the appellant there were briefs by *Anderson, Donovan & Steinle* of Milwaukee, and oral argument by *Orlaf Anderson.*

For the respondent there was a brief by *Hugo J. Trost,* and oral argument by *Edwin D. Fitzpatrick,* both of Milwaukee.

WICKHEM, J. The order is not appealable. There has heretofore been some doubt as to the appealability of an order vacating a default or opening a judgment on cognovit. In several of the cases cited by the plaintiff an appeal was taken from an order opening a default, and consideration was given to the merits of the order, there having been no question raised as to its appealability. *Sawicki v. Wulff,* 169 Wis. 377, 172 N. W. 722; *Wessling v. Hieb,* 180 Wis. 160, 192 N. W. 458; *O'Brien v. Rice,* 186 Wis. 523, 203 N. W. 332; *Velte v. Zeh,* 188 Wis. 401, 206 N. W. 197. The question of the appealability of such orders must be taken as settled, however, by the recent cases of *Hanson v. Custer,* 203 Wis. 55, 233 N. W. 642, and *Kelm v. Kelm,* 204 Wis. 301, 235 N. W. 787. The matter is thoroughly discussed in the *Kelm Case,* and this renders unnecessary an extended treatment of the question here.

*By the Court.*—Appeal dismissed.